UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

JOHNNY VELEZ-GARRIGA,

                                        Plaintiff,

        -against-

THE CITY OF NEW YORK, ESSENCE A. JACKSON, and UNDERCOVER POLICE OFFICER C0072,

                                        Defendants.

----------------------------------------------------------------x

**FILED IN CLERK'S OFFICE US DISTRICT COURT E.D.N.Y.**
**★ JAN 23 2013 ★**
**BROOKLYN OFFICE**

**STIPULATION AND ORDER OF DISMISSAL**

12-CV-2840 (RRM)(VMS)

**WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Scott G. Cerbin, Esq. PLLC
*Attorneys for Plaintiff*
16 Court Street, Suite 2901
Brooklyn, New York 11241
718.596.1829
mail@cerbinlaw.com

By: _____
Scott G. Cerbin
*Attorney for Plaintiff*

Dated: New York, New York
           1/22 , 2013

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-140
New York, New York 10007
212.676.1395
cbeck@law.nyc.gov

_____
Curt Beck
*SACC for Defendants*

SO ORDERED:

s/Roslynn R. Mauskopf
_____
HON. ROSLYNN R. MAUSKOPF
UNITED STATES DISTRICT JUDGE